Harriet Hemerling (025533)
Christos Agra (025931)
HEMERLING & AGRA, PLC
4045 North 7th Street, Suite 216
Phoenix, Arizona 85014
602-266-4357 Phone
602-266-8445 Fax
hemerlingagra@gmail.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:** | **Chapter 13** |
| | **Case No.: 2:09-bk-06738** |
| **JUDITH CARRANCHO,** | |
| | **MOTION FOR AUTHORITY TO MODIFY SECURED DEBT FOR THE PURPOSE OF MODIFYING THE TERMS OF AN EXISTING SECURED LOAN FOR REAL PROPERTY** |
| **Debtor.** | |

Debtor, Judith Carrancho, through her Counsel, Hemerling & Agra, PLC, hereby seeks the Court's authority to enter into a loan modification of an existing secured loan for real property and submits the following information.

1.      Debtor was offered a loan modification agreement by Creditor, America's Servicing Company ("ASC") on October 12, 2009.

2.      Debtor seeks the court's permission to enter into such loan modification offer and/or package. Debtor has attached a copy of such agreement as Exhibit A.

3.      The address of the real property involved is 36539 W. San Clemente, Maricopa, AZ 85238.

4.      The holder of the secured claim is ASC.

5.      Debtor will amend and/or modify her Chapter 13 Plan as appropriate.

WHEREFORE, Debtor respectfully requests that the Court approves the loan modification as it is in the best interests of the Debtor and Creditors.

DATED this 27th day of October, 2009.

HEMERLING & AGRA, PLC

/s/ Harriet Hemerling

Harriet Hemerling
Christos Agra
Attorneys for Debtor

A copy of the foregoing mailed
this 27th day of October, 2009 to:

Russell Brown
Suite 800
3838 North Central Avenue
Phoenix, AZ 85012

/s/ Harriet Hemerling



October 12, 2009

HARRIET HEMERLING
HARRIET HEMERLING ATTORNEY AT LAW
4045 N 7TH ST STE 216
PHOENIX AZ 85014

NAME: JUDITH G CARRANCHO
CASE: 09-06738
LOAN: 1328005781

Dear Sir or Madam:

ASC previously obtained consent from your office to discuss workout options with the above referenced mortgagor(s). This letter is to advise that ASC is able to offer the mortgagors a plan that we hope is feasible and agreeable to both parties.

| CURRENT TERMS | 316 | Proposed Modified Terms | 360 |
|---|---|---|---|
| Current UPB | $113,371.96 | Modified UPB | $123,591.35 |
| Current Maturity Date | 04/01/2036 | Modified Mortgage Term | 12/01/2039 |
| Current Interest Rate | 07.375% ( FIX) | Interest Rate | 04.500% (FIX) |
| Current Payment Due Date | 02/10/2009 | Post Modification Due Date | 01/01/2010 |
| Current P & I | $806.25 | Post Modification P & I | $626.22 |
| Current Payment Amount | $977.33 | Estimated Modified Payment amount | $795.04 |
| Amount Capitalizing | $10,219.39 | Contribution Required | $2,331.44 |

Please review the proposal with your client. If the terms meet your approval as, in the best interest of your client, **proceed by filing a petition with the bankruptcy court to gain their consent to modify the first mortgage**. When written consent is obtained it should be forwarded to my attention. **Once received, we will generate the loan documents to you for original signatures**. ASC will then withdraw any proof of claim in this case and process, the modification as noted.

If the case has already closed, forward our office a copy of the release. If the terms are not satisfactory to you, please contact us and we will close the file with no further actions.

**THE APPROVAL IS CONTINGENT ON COURT CONSENT OR RELEASE OF THE CASE.**

*With regards to a chapter 7 bankruptcy, due to the variance in requirements from district to district, ASC does not have a standard reaffirmation agreement to extend. If your client intends to reaffirm, please provide us with your district specific agreement. We will complete the required entries and return to your office for the required undue hardship analysis and filing with the respective court.*

Please call me at the number listed below, should you have any questions.

I thank you for your time and support in this case.

SINCERELY,


SHANAY MAYBERRY


Cc: JUDITH G CARRANCHO